STATE OF NEW JERSEY v. JAMES EDWARD SEAY.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ARBY NEAL, JR.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GLEN APSEL.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD ALBRECHT.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HORSLEY.

September 7, 1988.

Petition for certification denied.